*Ive been a prisoner of the NYC shelter system & subjected to torture & ill treatment which falls under the 8th amendment. Therefore I was told to use this form.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Helen Elaine West

_____

**NO. 17 CV 2369**

_____

Write the full name of each plaintiff.

(To be filled out by Clerk's Office)

-against-

The City of New York

The State of New York

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

RECEIVED
SDNY DOCKET UNIT
2017 MAR 31  PM 4:15

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Helen     E.     West
First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

DHS #
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

100 E. 118th St # 511   NY, NY 10035
Current Place of Detention

as above
Institutional Address

County, City             State            Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☑ Other: Homeless person committed to MICA facilities against the DHS psych at intake shelter & my physicians/advocates

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   _City of New York_____

First Name                        Last Name                        Shield #

_____

Current Job Title (or other identifying information)

_Legal Dept. 100 Church St_

Current Work Address

_NY                NY              10085_

County, City                      State                        Zip Code

Defendant 2:   _State of New York_____

First Name                        Last Name                        Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                      State                        Zip Code

Defendant 3:   _____

First Name                        Last Name                        Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                      State                        Zip Code

Defendant 4:   _____

First Name                        Last Name                        Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                      State                        Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Various Shelters & locations
CAMBA Broadway House CAMBA Magnolia House, New Providence
WIN WEST, STADIUM SHELTER, Tillary Shelter

Date(s) of occurrence: Approx 2011 - Present

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.

*MICA shelters are health care settings as they take your medication. staff dr, nurse, psych. You are assigned a number. Just like a prisoner*

I have been subjected to torture & ill treat-
ment in health-care settings by various agents
of the city of New York / State of New York.
I believe this treatment and unwillingness to
help me was a direct result of a few things.
1. My status (unacknowledged) as a whistleblower
as a result of my witnessing and reporting
a Kindergarten teacher slapping a Kindergarten
student. 2- My perceived race (Caucasian)
although I am black, Am Indian, Polish, Irish, Scottish
& either Lebanese or Syrian as I've never in my
life been so racially discriminated, harrassed, attacked,
etc.... Every shelter I was in was for MICA
Clients (which I'm not) and primarily staffed with
black or hispanic staff and the majority of Clients
were black or hispanic. It was as if staff
was on a mission to deny me information &
assistance. They resented a "white" educated
person & did not want to help me & did not want
anyone to befriend me, and seemed out to
assassinate my character & place me in direct
harm. I have difficulty writing & talking

about these things. I've requested my written complaints from CAMBA but have not received a response from CAMBA or the records from DHS. I also have 3 cases of police misconduct, I believe directly related to my being housed in facilities for MICA clients. One false arrest, one failure to document a racial assault (2 assaults, stalking, & holding me hostage), I failure to document an assault/harrassment.

**INJURIES:** Denied possession of a Bible, Denied medications (prescribed)

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you received.

Incredible pain & suffering, loss of income, extreme mental anguish, physical issues, whiplash, back injury, soft tissue injuries, pain (general) PTSD, depression & a feeling of hopelessness from not getting help. Denied sleep, oxygen, safety, pursuit of life, liberty, & happiness as I could not work or function as a teacher & lost many jobs I would love to have kept.

loss of freedom of religion

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

Loss of personal relationships/finances/wellbeing

I want any and all compensation I am entitled to. I want suitable housing immediately so I can heal. I year paid rent for every year I was housed in these asylums against my doctors and other advocate's recommendations. Even the Social Security judge notated a document that proved DHS intentionally put me in harm's way.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 3/22/17 | Helen E West |
|---|---|
| Dated | Plaintiff's Signature |

| Helen | E | West |
|---|---|---|
| First Name | Middle Initial | Last Name |

100 E. 118th St #511
Prison Address

| NY | NY | 10035 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

November 17, 2015

Your Honor:

I respectfully request Judicial Intervention for the many issues I have with the New York City Department of Education, Department of Homeless Services, HRA, NYCSCI, NYC Human Rights Commission, and any other agencies that have been negligent in handling my case.

This nightmare, and I do mean nightmare, began in 2008 when I walked in on a tenured teacher abusing a kindergartner. Every effort I made to resolve the issue of my unfair discontinuance from PS 386x failed. It turns out I was suffering from PTSD beginning when I saw the teacher slap the child. I was not diagnosed until much later. This condition affected and still affects my ability to function. Just going through these documents, trying to write about it and rehashing everything almost paralyzes me and brings me to tears. Reliving what I've gone through is traumatizing to me. As a matter of fact, the most concrete incident I recall was sitting in front of a PERB judge and having her ask me what it was like at my school. I didn't say a word. I couldn't talk about it. I also filed for Whistleblower protection and was denied. When diagnosed with the condition of PTSD, I filed for Worker's Comp but they said I was not covered by them because I was a NYC Public School teacher. I approached the DOE and UFT for help but was denied and told to file a law suit. Ever since I lost my job as a whistleblower, I have been unable to obtain representation through pro bono or on contingency. I recently learned no Legal Aid type organization would file a personal injury suit against the City of New York. So, I'm on my own.

Also, I believe there was malicious negligence in handling my case once I was illegally evicted from my illegal basement apartment (I did not know it was illegal) because I was a whistleblower. I made no secret when I had to enter the public shelter system that I was there because of what happened on my job. I felt hopeful that someone would help me. No one did. I was subjected to living in shelters that were for mentally ill and addicted people. I was forced to live with addicts, prostitutes, violent felons, criminally insane, psychotic individuals. Even the current place I am in has the same population.

Not one agency I encountered provided any guidance or assistance with legal issues. Every time they did a psychosocial and checked the box that I had no legal issues, I would disagree and say yes, I do with the Department of Ed and being illegally evicted and they said that question was only for criminal issues. At that point no free or pro bono atty would help me. I was so overwhelmed with what I was living through and my deteriorating health, I was not able to begin doing what it would take to address these issues properly. I am still having a hard time. It has been about three weeks of effort to get this letter the way I want it and to get the documents together. I told the casemanager here that the only real help I need is legal help because legal aid type entities won't handle a case like this. They could not help me. Shouldn't there be some sort of system in check to help people, especially highly educated people going through a hard time with legal issues needed to help them obtain employment? Or even people with physical conditions or mental conditions that warrant another environment?

Being misplaced in dangerous shelters, attacked, racially and religiously discriminated against worsened my trauma because I started to feel and act like a battered person after I was attacked the first time. I called Safe Horizons and Adult Protective Services trying to get help but was told I was not eligible because my attacker was not a romantic partner by Safe Horizons and because I was in a shelter and the shelter was supposed to help me by Adult Protective Services.  How can the City of New York rationalize that? I was left to be abused.

My caseworkers were all aware I suffered from sleep apnea, was not getting  any sleep and was traumatized and trying to work and they just did not care.  I was told the only housing was for mentally ill people with 2010E forms.  Was it really necessary that I go through 4 years of HELL alone, with no assistance from any government agency I came in contact with?

I was told I had to work full time to get a transfer to a better shelter, I was told there was no housing unless I was mentally ill and could get a 2010E. I did not want to be labeled mentally ill. I was not mentally ill. I was going through a hard time from losing my job.  It appears from my files that I was given that there were a couple of 2010 Es filed and denied because I did not meet the criteria. If that is so, how could DHS place me in shelters for clients with severe mental illness and addiction problems and leave me there even against doctor's notes, police reports, and psych reports that I was being harmed?

The current building I accepted because it was not disclosed to me that it was actually a designated drug and alcohol rehabilitation facility.  My 2010 E was falsified, clearly to place me in this sort of housing although it was inappropriate for my needs.  I am dismayed with my caseworker who filled that form out.  I trusted her. The current program manager here, Diana Santos has been very verbally abusive to me because I don't want to have my thermostat controlled or my closet locked.  I have lived on my own my whole adult life. I'm not mentally ill or an addict.  I know how to handle a thermostat. Having my freedoms and rights denied because of the clientele of this building is just like being in a shelter.  Diana has criticized me for separating myself from the category of the clients.  I said I am not like them.  She yelled that I was homeless just like them.  I was no better than them.  For the first time, I said yes, yes, I am better than them.  I am not an addict.  I am not an alcoholic.  I am not mentally ill.  I have been abused by this system. Being a light skinned, educated, motivated person in the NYC Shelter system, at least in the shelters I've been misplaced in is the most oppressive and abusive experience I have ever faced.  And with as many deaths as there have been in this building in the last six or seven months, you have to wonder if giving seriously mentally ill people their own studio apartments is really helping them at all.  I am surrounded (literally by dysfunction and death) I have tried to get out of here.  As of yesterday, in my hall, there have been 3 drug over doses among my neighbors, 2 deaths, the other I am not sure of.  When the second death occurred and I realized what I was smelling was not trash from somebody's apartment, but a dead body, I started having severe anxiety and heart palpitations, I went to get a medication, but the medication only made me sleep 18 hours a day.

I was told by my psychiatrist when I was first diagnosed with PTSD that there was no drug they can give me.  It was my environment.  It had to change.  It still has not changed to what I need.  In addition, I signed an SSI form at We Care in January, even though I filed for SSD and was instructed that I did not

one did anything about it.  i was so beaten down, so dismissed, so ridiculed, so abused, and so sleep and oxygen deprived I could not fight back.  Even though this housing is not appropriate, I can still close the door and be alone and treat my apnea.  i believe that is the ONLY reason I am able to even get this packet together. I have lost 6 years of my life because of the actions of DHS and other agencies of the City of New York.  Please help me.

Sincerely,

Helen E. West

SUPREME COURT OF THE STATE OF NEW YORK          **Index No. 102136/2015**
COUNTY OF NEW YORK

_____x

Helen E. West,                              **Petitioner**

     **-Against-**

**NYCDOE, NYCDHS,**
**NYCSCI, NYCHRC, NYCHRA,**          **Respondents**

_____x


As per the request of Your Honor, Judge Schlesinger, I am readdressing my claims focusing on the current issues. I could not stay at 2 pages though. This document is to be considered in addition to the other documents already submitted. Technically, all of my issues in 2015 and 2016 are a result of incidences of the previous years, so this may be redundant as I have covered most of this in previous correspondence.

1. **TORTURE AND ILL TREATMENT IN A HEALTH CARE SETTING**
   When filing the Article 78, it was the action I was told to take because I am asking for permission to file a late claim for financial, physical, and emotional/mental damages and anguish, as well as loss of property I have incurred. Much of this falls under the State's responsibility for preventing Torture and Ill treatment in a Health Care setting. As every facility I was placed in was for MICA clients and was staffed by a doctor, nurse, and psychiatrist and took my medication including Benadryl and Tylenol to be controlled by them, these shelters can be classified as health care facilities.

2. **INJURY IN THE LINE OF DUTY/DISABLED**
   Currently, I am still trying to get the Department of Education to accept my Line of Duty Injury claim, based on the Worker's Comp letter I got in 2015. My previous attempts at resolving this issue have failed. Without legal assistance, it is impossible for me to know exactly what I need to do. When I previously sought help through the Public Employees Relations Board, my hearings were inadequate because I am not an attorney and due to my traumas and living conditions; I was not able to fully speak for or represent myself. In my recent hearing the Judge Kim Moore-Ward indicated PTSD is not an injury she would likely entertain and their actions are limited as well as time-barred. Everything I attempted through PERB was time-barred. I have a pending date to decide what to do with my PERB claim, pending the outcome of this action.

3. **FULLY APPROVED FOR SOCIAL SECURITY DISABILITY**

   I recently received a fully favorable disability judgement for SSD, based on my mental state of trauma, anxiety, and depression prolonged by improper shelter/housing for my medical and mental health needs and the traumas incurred in these facilities. In addition, the loss of everything I have ever owned in life, and the loss of anything I accumulated

while in the shelters (due to their stringent policy on belongings or theft,) loss of work due to the living conditions and traumas has magnified everything. This resulted in lack of income, lack of personal satisfaction, living in a heightened state of fear and dread and isolation which contributes to this day to my state of mind and ability to handle stress or function. I am still living with a population that is equivalent to that in the MICA shelters I was in. Typing this right now, my whole body is quivering and my breathing and heart rate are accelerating because this is stirring up bad memories. I have literally stayed inside my apartment surrounded by these files and it took days for me to even start writing a list of what I was going to address.

The liability of the DOE could affect the amount of SSD I receive and if I was wrongfully terminated as I believe I was in retaliation as a whistleblower, the income I should have received as well as the wages I was prevented from earning while being improperly housed/sheltered by DHS would possibly change the amount of SSD I am entitled to. I have not been gainfully employed since 2009. Had I been gainfully employed I would have more taxes paid toward SSD. Having this investigated and decided is very important and going to delay my payments.

It is living in dangerous, abusive, degrading, and improper settings for me that resulted in my current mental state. I have lived for 5 years in constant stress and fearfulness. Staff at SSA informed me that they don't get into the WHYS, only the diagnoses.

The first major error in the findings is that my "addiction issue does not affect my functioning." I have never had an addiction issue. I imagine this came from the documents in my file that identify the shelters I was in as shelters for MICA clients. I spoke with a SSA representative and she reviewed my files to correct this issue. I have mental injuries, not illness or a "decompensating disease" as he noted. At my last psychiatric evaluation, the Psychiatrist interviewed me in great depth about my symptoms and determined that absolutely everything I described is a normal reaction for what I've experienced and am still experiencing. I believe I did a good job documenting that in previously submitted paperwork. If a court can spare a person a month in prison because the environment would be too detrimental to them, how can a city organization that is supposed to help people find it appropriate to ignore the advice and pleadings of myself, my physicians and advocates and house me in facilities equally or more dangerous than prison for nearly 5 years and ignoring my mental health and physical health needs? I would never have had to file for disability had DHS and its entities not made it their mission to label me mentally ill and place me in dangerous facilities.

4. **INTENTIONALLY NEVER APPROPRIATELY SHELTERED OR HOUSED**

Another issue I am currently dealing with is getting assistance in obtaining appropriate housing. The MICA population where I have a small studio apt is essentially the same as the shelters. Just now, one of the caseworkers said there is an incident and for safety he is locking the doors to this office area. So my heart is racing now because I know something crazy is going down again. Last night, I had to call 911 again because of the domestic violence in the unit next to me. When I called the security guard to intervene, he said he could not come up because a resident on another floor had just been trying to

kick the door to his booth open and he was afraid to come out.  He expressed to me that this tenant is a constant source of trouble and he fears for his life. He has made many reports to staff but no action has been taken.  Since becoming homeless I have only been offered shelter or housing with the MICA populations and in mostly dangerous areas.  I believe I was being retaliated against by DHS and its entities, and blatantly lied to about housing assistance and criteria for a working shelter. I asked to be put in a battered women's shelter after I was attacked and told that was only for domestic violence victims.  I argued unsuccessfully that the shelter is my domicile at the moment so I have experienced domestic violence.  I have tried for over a year to get out of here but I need more assistance than I was provided.  This is supportive housing. I do not need supportive housing. I need normalcy. Without an income, it's nearly impossible to move and my SS income is being delayed due to the issues I addressed earlier.  I have yet to see the justification for the way I have been mishandled, ignored, and abused for the last five years.

5. **DEFAMATION OF CHARACTER, FALSE LABELING OF MENTAL ILLNESSES**
   Next, I recently received some of my DHS and CAMBA records and have found that there are numerous notes in the computer that are blatant lies about me made by staff, some more serious in nature than others.  I previously addressed the false labeling of me as delusional about a rock star.  There are other claims of me spouting racist words, which is totally false. It is absolutely disgusting and upsetting to see that people can lie about you and spread those lies by making them a part of your official file that they know others will see.  That is in addition to the verbal and written things that I was already aware of.  This overall defamation of my character and morals and having a 5 year history of mental health treatment because of my living conditions and the refusal of DHS to help me or shelter me appropriately has left an indelible mark on my personal history. .

   During my most recent visit to a hospital for treatment for a viral infection, I was being treated as if I was a suicidal mentally unstable patient. I wondered why the nurse wanted to keep me by the desk instead of giving me a bay. After an hour or so of lying on a stretcher by the desk, another woman I recognized from a shelter was wheeled up there too.  I heard the nurse tell someone she had to keep an eye on both of us.  Every psychiatric and most medical hospital records I have are a direct result of the shelters I was in.  To have that forever on my record is a tremendous injustice that I don't know how to have corrected or retracted.

6. **HUMAN RIGHTS VIOLATIONS**
   Recently, I learned that Vaughn Brown of the NYC Commission on Human Rights blatantly lied to me about what their office handles.  Therefore my claims of living in abusive, inappropriate shelters and being harassed and threatened because of my skin color or physical disability, religious discrimination, and falsely labeling me mentally ill were swept aside.  After calling around for months I was referred back to them as the appropriate entity to handle these complaints.  I checked with a legal aid attorney because I didn't believe it.  He said yes. They should have handled it.  The case he did take was

held for 2 years and recently dismissed for administrative convenience.  I need help addressing the many civil rights and human rights issues I encountered in the last 5 years that Vaughn Brown rejected.

7.  **POLICE MISCONDUCT/ POSSIBLE CONSPIRACY TO COMMIT BATTERY**

Also, upon trying to obtain police reports to file a claim with NYS Victim's Assistance, my caseworker at the time was calling the precincts and we discovered that one assault was never documented and one was never changed from harassment to assault with racial motives. Another client at the shelter informed me that Monae Levy was bribed to rough me up in exchange for housing. It would be helpful to discover when Monae Levy left the shelter system and where she went  My caseworker did not feel comfortable helping me fill the forms out and I have been unable to deal with that as I am so overwhelmed.  I filed a report with Internal Affairs but have not heard anything.

I am including supporting documents with this supplement.  There are still supporting documents that I have not been able to acquire that support my claims. Thank you for your assistance with these matters of injustice.

Sincerely,

Helen E. West

Helen E. West

07/20/2016

3/9/14

Dear Mr. Rogers:
Please get me out of this
place. This is beyond dangerous.
I need to be in a place that
I blend in. This facility must be
one in which Bloomberg dumped
displaced residents of a psychiatric
hospital. I have 2 dangerous
roommates. One has threatened to
slit my throat because I took out
my trash bag & didnt take out all of
the trash. This lady watches very
violent & deranged videos & when
she was showing them to her "buddy"
who is almost as dangerous as her
Even that woman said she shouldnt
be watching that stuff before she goes
to be. She said it would bring
bad spirits & the psychotic lady said
she didnt care, she loves this stuff
& shes psychotic, shes so crazy
that her pharmacy called to
ask her if she knew what
medications shes supposed to be
taking & is she taking them.
I had to stay up very late
until 4 or so because I am
afraid of her. She and Dawn
the younger girl in the room, are
in a way disturbing relationship
where Dawn + tally buys into
her madness about cleanliness
& telling me clorox wipes werent

39✗

enough for me to use after I shower. I'm supposed to put straight bleach in a soda bottle & carry it upstairs like they do & use it. Shes also bullying the older lady in the bottom bunk. I am so afraid. I laid in bed until 1 or so thinking shed get up & go out but she didn't so I finally got up & got dressed & tried not to make eye contact with her. The whole time she ran her mouth to Dawn about me not taking out the trash & told Dan I used her bath mat hanging in the bathroom which is absolutely false, so they're making comments & threats about me being inconsiderate & psychotic lady is saying shes through talking & threatening me. People like her are very dangerous. The fact that Stadium Staff put me in there right after they removed someone who had an altercation with her shows that this is an ill-round unsuitable & dangerous place for me.

36.2

 Gmail

**Helen West <mshwest@gmail.com>**

## Police reports
4 messages

**Helen West <mshwest@gmail.com>**
To: iab@nypd.org

Wed, Jun 1, 2016 at 9:46 PM

Hello:
I spoke briefly with someone this evening but I was in the grocery store and had no records.
On 10/14/13 Police Report number
2013-17-3745 was recorded as harrassment. I made a complaint to the supervisor of the officer and told
them I had hospital records of whiplash and soft tissue injuries diagnosed after they came. The adrenaline
keeps you from feeling pain right away according to the dr. When I expressed to him the officer who had a
name similar to Kowalski didnt take me seriously because I was misplaced in MICA shelters, he said he
thought all homeless people were crazy. I told him no, some of just lost our jobs and homes. He offered
that he would ride with the policeman and supervise for a day, I told him that wasnt necessary. They just
need to keep an open mind and not discount someone because theyre homeless and being misplaced with
a population they don't belong in. This woman Monae Levy stalked me, held me hostage in my dorm and
assaulted me twice in 3 hours. I was told it would be upgraded to assault and racial at that because I told
the officer she threatened me outloud saying she was going to fuck that white bitch up again. This was
never upgraded to a racial assault.

From there I was transferred to 341 w 51st St. Approximately 3/1/14 I was falsely arrested by an officer in
the precinct for that address. The lying security guard showed an old bruise to the officer, lied that she was
going to the hospital.I was handcuffed by a very apologetic officer who assured me nothing was going to
come of this. It was more of a formality. He took me in the police car to the precinct on w 54th st. I sat on a
bench awhile next to a holding cell where 1 girl and two guys were. They had gotten busted for either
selling or doing drugs walking on the way to a concert.  The officer fingerprinted me on an electronic
machine but seemed to have trouble. He waited a couple of hours called the shelter, told me I could walk
back, my bed was waiting for me. He told me I was sitting in the exact spot JLo was when she was
arrested with P Diddy at a night club. He asked if I remembered that. I told him I lived in Fl when that
happened but I heard of it. When I walked back to the shelter the lying security guard was standing behind
the counter and my things were bagged up and I was told I was being transferred. The police knew that
she was lying and made an arrangement with Mr. Vasquez the supv. On duty to detain me so I'd miss my
curfew and they could transfer me. Mr. Vasquez and that girl security harrassed me every chance they
could when they worked the same shift. He was notorious because I saw his name on a complaint board at
the coalition. The board was created to be presented to mayor deBlasio. I wasn't surprised to see that.

March 10, 2014 in the late evening I was attacked by a criminally psychotic woman at The Stadium Shelter
on Segewick Ave in the Bronx after writing and verbally expressing the danger there asking to be
transferred to a safe place. The ambulance personnel felt so bad for me when I told them the kind of
shelters I was being placed in that they said they weren't going to take me to a hospital in the Bronx. I was
thankful. They took me to NY presbyterian and the social worker called the 44th precinct. Two officers
came even though they drove out of their area. They told me they would make a report. I could call later
and get the number. No report was made. They also told me not to go back without a police escort. I wasnt
going back. The social worker tried to find me a place but couldnt and told me to go to the Coalition for the
homeless in the morning. She let me sleep there. My things were stolen from that shelter and the report
number for that is 2014-044-09651.
That is the information I have.
Thank you.
Helen West

**Helen West** <mshwest@gmail.com>
To: iab@nypd.org

Wed, Jun 1, 2016 at 9:50 PM

Also... I just called every precinct so nothing has changed since I last called. These report numbers were just given to me and I had them double check for missing reports.

[Quoted text hidden]

---

**Helen West** <mshwest@gmail.com>
To: Helen Schwartz <hspc1@optonline.net>

Thu, Jun 2, 2016 at 10:44 AM

[Quoted text hidden]

---

**Helen West** <mshwest@gmail.com>
To: Diana Santos <dsantos@lanterncommunity.org>

Wed, Jul 13, 2016 at 2:14 PM

---------- Forwarded message ----------
From: "Helen West" <mshwest@gmail.com>
Date: Jun 1, 2016 9:46 PM
Subject: Police reports
To: <iab@nypd.org>
Cc:

[Quoted text hidden]

**THE CITY OF NEW YORK**
**COMMISSION ON HUMAN RIGHTS**
-------------------------------------------------------x

In the Matter of the Complaint of

HELEN WEST,

                          Complainant,

           - against -

NEW YORK CITY DEPARTMENT OF
HOMELESS SERVICES, CAMBA, &
CHRISTINE "L.N.U.,"

                    Respondents.
-------------------------------------------------------x

**ORDER**

Complaint No.: M-P-RL-14-1030374
GC No.: 16-10002N

      The Commission affirms the Law Enforcement Bureau's Notice of Dismissal for

Administrative Convenience.

      Pursuant to Section 123(h) of Title 8 of the Administrative Code of the City of New

York, Complainant has thirty (30) days after service of this Order to seek review in the New

York State Supreme Court.


Dated: New York, New York
       April 14, 2016

                          **SO ORDERED**
            **NEW YORK CITY COMMISSION**
               **ON HUMAN RIGHTS**

            CARMELYN P. MALALIS
            Commissioner/Chair

To:    Helen West
       100 East 118th Street, Apt. 511
       New York, New York 10035

Mark Neal
General Counsel
NYC Department of Homeless Services
33 Beaver Street, 17th Floor
New York, New York 10004

Pinchos Goldberg
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018

Hollis V. Pfitsch
Deputy Commissioner
Law Enforcement Bureau
New York City Commission on Human Rights
100 Gold Street, Suite 4600
New York, New York 10038



NYC                                    NYC Resources    311    Office of the Mayor

Thank You For Filling Out This Form

Shown below is your submission to NYC.gov on Monday, May 23, 2016 at 16:43:13

This confirmation at http://www1.nyc.gov/ ... confirmation submitted ...

| NAME of FIELDS | DATA |
| --- | --- |
| Message From: | Individual |
| Email: | mshwest@gmail.com |
| Address: | 100 E 115Th St |
| Apt: | 511 |
| City: | New York |
| State: | NY |
| ZIP Code: | 10035 |
| Country: | United States |
| Phone: | 2124705679 |
| Message: | Hello. I received some records from CAMBA Broadway House. However, it was incomplete. I have about 25 complaints on their official forms that were filled out for various reasons, mostly racially discriminatory incidents involving staff and clients. None of these were included with my file. There is also an altered document stating I refused an SRO signed by Maria Hernandez and a form I had to sign at intake saying I agreed to stay longer than nine months. Could you please requisition these documents for me?Thanks. |

Copyright 2016 The City of New York                    Contact Us    Privacy Policy    Terms of Use



Client's Name _____
                                    )
Shelter   PWJS _____

I.   ID (Age; marital status; gender; ethnic background; nationality; known diagnosis (dx) current treatment (tx) (With Whom? Where? On what meds?); duration of shelter stay; previous residence; source of income, if any; etc.

_47 y.o. W ♀ in shelter after eviction from illegal apartment
of yrs due to non-payment of rent after lost job
8/2009._

II.  CHIEF COMPLAINT (Reason for referral; reported problems (Reason for referral, reported problems (verbatim))

"Eviction - I lost my job"

III. HISTORY OF PRESENT ILLNESS (Current symptoms (sx) over what interval?; last hospital; meds; neurovegitative sx, including appetite sleep, libido; dates of precipitating events; adverse effects of medications; tx)

47 y.o. W ♀ ⊕ r/o anxiety related to
stress - no hx of depression. No hx of
panic attack. Good work hx a teacher
until 2009. Denies psychiat anxiety
currently.

IV. PSYCHIATRIC HISTORY (Dx, sx, tx, age at onset; hospitalizations; suicidal ideation/attempts (SI/SA); homicidal ideation/attempts (HI?HA); response to command auditory hallucinations (CAH) (if so elaborate content of CAH & and behaviors); Violence; history of victim or perpetrator of physical or sexual abuse)

Saw psychiatrist in 2009 after lost job - r/o by
no Dx - has two years of anxiety related to
stress in life ⊖ panic attack
Denies h/o depression or suicidality
tx + Lexapro in past for anxiety
Denies + hospitalization.

Denies legal hx

Rare alcohol use
Denis dry use

## V.  MEDICAL HISTORY

2011

Diabetes Mellitus__Y_/_N   Heart Disease__Y/_N   Hypertension__Y_/_N   KidneyDisease__Y_/_N   HIV__Y_/
AIDS__Y__N   Malignancy__Y_/_N Liver Desease__Yi_/_N
Lung Disease__Y__N
Last Menstrual Period___/___/___   History of head trauma with loss of consciousness___Y_/___N

Lt knee problem - Baker's cyst
Asthma
Seasonal allergies

## VI.  ALLERGIES   NKDA

## VII.  MEDICATIONS (Include dosage, route, frequency of administation)

Psychiatric: 1._____   5._____
2._____   6._____
3._____   7._____
4._____   8._____

Other: 1. Naproxen   5._____
2. Albuterol inhaler   6._____
3._____   7._____
4._____   8._____

## VIII.  FAMILY HISTORY (Age and health of parents/siblings; family psych/med history)

errors
Denies family hx abnormal illness

Uncle -- ? OCD
Mother -- Dysthymia
Son -- ADD

EXHIBIT NO. 45F
PAGE: 3 OF 4

employment, legal, benefits)

*[handwritten: born in Mississippi. Raised in Florida by parents (father?) degree in Interdisciplinary Arts Divorced, 2 children 29, 27.*
*Unemployed, Last worked Fl 2011) - teaching Art.*
*has worked as teacher since 2009]*

XI.   MENTAL STATUS EXAMINATION

A. GENERAL DESCRIPTION

APPEARANCE (Ethnicity, posture, clothing, hygien, appearing stated age?; eye contact)

*[handwritten: overweight well groomed]*

PSYCHOMOTOR ACTIVITY (Mannerisims, gestures, signs of anxiety/restlessness, level of agitation or slowing of movements)

*[handwritten: Normal range]*

ATTITUDE TWORD EXAMINER (Level of cooperation) *[handwritten: cooperative]*

B.   SPEECH (Rate, quality, volume, fluency/spontaneity,rhythm) *[handwritten: normal rate flow volume]*

C.   THOUGHT PROCESS (Flight of ideas (FOI), loosening of associations (LOA), goal-directed?  Thought blocking, tangentiality, circumstantiality, neologisms, logical? Coherent?)

*[handwritten: Goal Directed]*

D.   THOUGHT CONTENT (describe, in detail, any abnormalities: delusions, referential, paranoid, grandiose, jealous, erotomanic ideas of reference (IOR); SI/HI (qualify active/passive, w/w/o plan); obsessions/compulsions, hallucinations (auditory, visual, tac olfactory, gustatory); Phobias

*[handwritten: Denies SI/HI
No hallucinations/delusions phobias]*

E.   MOOD AND AFFECT
MOOD  (Pt's description, in response to "How are you feeling?") *[handwritten: euthymic]*
AFFECT (Liability, range, appropriateness, amplitude) *[handwritten: broad]*

F.   INSIGHT AND JUDGMENT *[handwritten: Good]*

G.   SENSORIUM & COGNITION  (Alertness and level of consciousness, orientation, immediate, short & long term memory, concentration, attention, abstract thinking, general fund of knowledge, vocabulary)

*[handwritten: Fully intact]*

IMPULSE
CONTROL *[handwritten: Good]*

XII.    RISK ASSESSMENT (If not included elsewhere, please note: suicidal/homicidal ideation, intent, plan (present or past), history
self-injurious behaviors or SA's; history of aggression towards others, and response, if any, to CAH)

_Denis n/o viol-a or suicidality_

XIII.   ASSESSMENT  (Include clinical impressions and possible diagnosis)

Axn  I.  Anxiey D/O NOS in remin
        II.  deferred
        III.  Asthma, knee problem
        IV.  problems
        V.  80

> License: NYS-173224
> Martin H. Maurer, MD

INTERVIEWER _MBUREN m__  DATE _9/22/11_

XIV.   SUPERVISOR'S COMMENTS, TREATMENT PLAN, AND RECOMMENDATIONS FOR PLACEMENT

_No current need for tx_

---

RECOMMENDATIONS:
Urgency:
(Routine)    Urgent (within the next two days)      Emergent (Immediate hosp. or shelter placement within 24 hrs.)

Disposition:
☐ Mental health    ☐ MICA Shelter    ☐ Substance Abuse Shelter      (Other Shelter)

☐ Hospitalization (Med)    ☐ Hospitalization (Psych)    ☐ F/U Appt. at Shelter   DATE ___/___/___

☐ F/U Appt. (outside provider) ☐ DATE ___/___/___   with_____ ☐   at ___:___ AM/PM

☐ Meds prescribed or supplied:

_____
_____
_____
_____

---

REVIEWED BY _____   DATE _9/22/11_

Retail

**UNITED STATES POSTAL SERVICE**

**P**

US POSTAGE PAID
**$6.65**

1005

Origin: 10029
Destination: 10007
0 Lb 5.40 Oz
Mar 30, 17
3596110011-04

**PRIORITY MAIL ®1-Day**

C014

Expected Delivery Day: 03/31/2017

USPS TRACKING NUMBER

9505 5120 1723 7089 0564 3

* Domestic only

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL
POSTAGE REQUIRED**

**UNITED STATES POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE

**PRIORITY**
**★ MAIL ★**

FROM:
Helen E West
100 E. 118th St #S11
NY NY 10035

TO: United States
Southern District Court
500 Pearl St.
NY, NY 10007

Label 228, March 2016

RECEIVED
SDNY DOCKET UNIT
2017 MAR 31 PM 4:16

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



RECEIVED
MAR 31 2017
CLERK'S OFFICE
S.D.N.Y.

This envelope is made from post-consumer waste. Please recycle - again.

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES
POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.